TIMOTHY J. LONG, SBN 137591
MICHAEL D. WEIL, SBN 209056
KIMPO NGOI, SBN 283383
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
CVS PHARMACY, INC., CVS RX SERVICES, INC.,
and GARFIELD BEACH CVS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMANPREET UPPAL, an Individual, Individually and on behalf of all others similarly situated and the general public,, <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 50, inclusive, <br><br> Defendants. | Case No. 3:14-cv-02629-VC <br><br> Hon. Vince Chhabria <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL** |

STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL
CASE NO. 3:14-CV-02629-VC

OHSUSA:758576935.1

# STIPULATION

WHEREAS, counsel for Plaintiff Rimanpreet Uppal also represents the named plaintiffs in four other separate, but related class action cases: *Sharobiem v. CVS Pharmacy, Inc.*, Case No. CV 13-9426-GHK; *Bystrom v. CVS Pharmacy, Inc.*, Case No. CV 13-09424-GHK; *Paksy v. CVS Pharmacy, Inc.*, Case No. CV 13-09425-GHK; and *Connell v. CVS Pharmacy, Inc.*, No. CV 13-09410-GHK.

WHEREAS, the class complaints in the *Connell*, *Sharobiem*, *Bystrom*, and *Paksy* actions raised allegations of similar unlawful conduct—including a failure to pay overtime for work performed by pharmacists on the seventh consecutive day of work—by Defendants in each of the regions across California that CVS Pharmacy, Inc. operates.[1]

WHEREAS, counsel for Plaintiff originally filed the complaints in the related cases in the Superior Court for the County of Los Angeles between October 2, 2013 and November 6, 2013.

WHEREAS, on December 20, 2013, counsel for Defendants removed the *Connell*, *Sharobiem*, *Bystrom*, and *Paksy* actions under the Class Action Fairness Act of 2005, 28 U.S.C. section 1332(d) ("CAFA"), to the United States District Court for the Central District of California.

WHEREAS, on January 21, 2014, counsel for Plaintiff moved to remand the *Connell*, *Sharobiem*, *Bystrom*, and *Paksy* actions to state court.

WHEREAS, on March 26, 2014, the Central District of California denied the motion to remand in *Sharobiem*, which included claims under the Private Attorneys General Act ("PAGA") but granted the motions in *Connell*, *Bystrom*, and *Paksy*, which did not include claims under PAGA.

WHEREAS, on March 27, 2014, counsel for Plaintiff filed the present action's class

---

[1] CVS operates six regions within the State of California. The class action regarding the sixth of these regions, *Meneses v. CVS Pharmacy Inc. et al.*, Case No. BC 489739 (Los Angeles Superior Court), has a motion for preliminary approval of settlement pending, with the hearing currently set for July 17, 2014. Defendants removed *Meneses* on September 6, 2012, and the action was remanded to state court on November 5, 2012. *See* Case No. 2:12-cv-07661-PA (CW) (Docket No. 18).

STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL
CASE NO. 3:14-CV-02629-VC

OHSUSA:758576935.1

complaint in the Superior Court for the County of Alameda. Plaintiff's complaint raises allegations of unlawful conduct similar to those in the foregoing related cases, including a failure by Defendants to pay overtime for work performed by pharmacists on the seventh consecutive day of work.

WHEREAS, on April 7, 2014, Defendants filed petitions with the United States Court of Appeals for the Ninth Circuit requesting permission to appeal the Central District's remand orders in *Paksy* (Case No. 14-80047), *Bystrom* (Case No. 14-80048), and *Connell* (Case No. 14-80049). In particular, Defendants contend that those actions satisfied CAFA's $5 million amount in controversy requirement individually and collectively.

WHEREAS, on June 6, 2014, Defendants removed the present action to the United States District Court for the Northern District of California under CAFA, arguing that it may be properly aggregated with the *Connell*, *Bystrom*, *Paksy*, *and Sharobiem* actions to meet the amount in controversy requirement. As stated in its removal papers, Defendants intend to transfer the present action to the Central District to facilitate coordination with the *Sharobiem* case.

WHEREAS, on July 7, 2014, counsel for Plaintiff moved to remand the present action to state court.

WHEREAS, Defendants' deadline to oppose Plaintiff's motion to remand is presently set for July 21, 2014.

WHEREAS, the Parties agree that the Ninth Circuit's decision regarding Defendants' petition for permission to appeal the Central District's orders granting remand in *Connell*, *Bystrom*, and *Paksy* will be dispositive with respect to Plaintiff's motion to remand in the present action.

WHEREAS, the Parties seek to seek to resolve the issue of this case's removal efficiently and without unnecessary expenditure of the Court's resources.

THEREFORE, IT IS HEREBY STIPULATED, by the Parties and their respective counsel of record:

That Plaintiff's motion to remand and Defendants' time to oppose Plaintiff's motion will

- 3 -

OHSUSA:758576935.1

1  be stayed for ninety days after the filing of this stipulation pending the Ninth's Circuit decision
2  regarding Defendants' petition for permission to appeal.

3   That should the Ninth Circuit accept Defendants' petition for permission to appeal the
4  Central District's orders in *Connell*, *Bystrom*, and *Paksy*, Plaintiff's motion to remand and
5  Defendants' time to oppose Plaintiff's motion will continue to be stayed pending the final
6  outcome of Defendants' appeal.

7   That should the Ninth Circuit reverse the Central District's orders in *Connell*, *Bystrom*,
8  and *Paksy* based on Defendants' aggregation argument, Plaintiff will withdraw his motion to
9  remand and the Parties will stipulate to transfer the present action to the Central District for
10  coordination with the related cases.

11   That should the Ninth Circuit deny Defendants' petition for permission to appeal or affirm
12  the Central District's orders in *Connell*, *Bystrom*, and *Paksy*, the Parties will promptly stipulate to
13  remand the present action to state court.

14   That in 90 days from the date of this stipulation, the parties shall file a joint status report
15  with this Court proposing either an additional stay or other methods by which to proceed.

17  Dated: July 14, 2014       TIMOTHY J. LONG
                               MICHAEL D. WEIL
18                             ORRICK, HERRINGTON & SUTCLIFFE LLP

20                             By:  /s/
                                    MICHAEL D. WEIL

                               Attorney for Defendants
22                             CVS PHARMACY, INC., CVS RX
                               SERVICES, INC., and GARFIELD BEACH
                               CVS, LLC

28                                          - 4 -

STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL
CASE NO. 3:14-CV-02629-VC

OHSUSA:758576935.1

| | |
|---|---|
| Dated: July 14, 2014 | V. JAMES DESIMONE<br>MICHAEL D. SEPLOW<br>SCHONBRUM DESIMONE SEPLOW HARRIS & HOFFMAN LLP |
| | By: /s/<br>    MICHAEL D. SEPLOW |
| | Attorney for Plaintiff<br>RIMANPREET UPPAL |

**ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from Michael Seplow, of Schonbrum DeSimone Seplow Harris & Hoffman LLP, Attorneys for Plaintiff.

| | |
|---|---|
| Dated: July 14, 2014 | TIMOTHY J. LONG<br>MICHAEL D. WEIL<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: /s/<br>    MICHAEL D. WEIL |
| | Attorney for Defendants<br>CVS PHARMACY, INC., CVS RX SERVICES, INC., and GARFIELD BEACH CVS, LLC |

- 5 -

STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL
CASE NO. 3:14-CV-02629-VC

OHSUSA:758576935.1

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATE: July 23, 2014                              _____
                                                    Hon. Vince Chhabria

- 6 -

STIPULATION AND [PROPOSED] ORDER TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
PENDING NINTH CIRCUIT REVIEW OF DEFENDANTS' PETITION FOR PERMISSION TO APPEAL
CASE NO. 3:14-CV-02629-VC

OHSUSA:758576935.1