1  V. James DeSimone (SBN 119668)
   vjdesimone@gmail.com
2  Michael D. Seplow (SBN 150183)
   mseplow@gmail.com
3  Aidan C. McGlaze (SBN 277270)
   amcglaze@sdshh.com
4  SCHONBRUN DeSIMONE SEPLOW
   HARRIS & HOFFMAN LLP
5  723 Ocean Front Walk
   Venice, CA  90291
6  Telephone:     (310) 396-0731
   Facsimile:      (310) 399-7040
7
   Attorneys for Plaintiff
8  RIMANPREET UPPAL

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | RIMANPREET UPPAL, an Individual, Individually and on behalf of all others similarly situated and the general public,, | Case No. 3:14-cv-02629-VC
13 | | Hon. Vince Chhabria
14 | Plaintiff, | **STIPULATION AND [PROPOSED]**
15 | v. | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND TO**
16 | CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 50, inclusive, | **STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND** AS MODIFIED
17 | |
18 | |
19 | Defendants. |

(Note: "[PROPOSED]" is shown struck through)

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES,
AND TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
CASE NO. 3:14-CV-02629-VC

**STIPULATION**

WHEREAS, counsel for Plaintiff Rimanpreet Uppal also represents the named plaintiffs in four other separate, but related class action cases: *Sharobiem v. CVS Pharmacy, Inc.*, Case No. CV 13-9426-GHK; *Bystrom v. CVS Pharmacy, Inc.*, Case No. CV 13-09424-GHK; *Paksy v. CVS Pharmacy, Inc.*, Case No. CV 13-09425-GHK; and *Connell v. CVS Pharmacy, Inc.*, No. CV 13-09410-GHK.

WHEREAS, pursuant to the stipulation of the Parties, the Court previously stayed Plaintiff's pending Motion to Remand and Defendants' time to respond to said motion in this matter.

WHEREAS, the Parties have agreed to a mediation of this matter and other related cases, including *Sharobiem v. CVS Pharmacy, Inc.*, Case No. CV 13-9426-GHK; *Bystrom v. CVS Pharmacy, Inc.*, Case No. CV 13-09424-GHK; *Paksy v. CVS Pharmacy, Inc.*, Case No. CV 13-09425-GHK; and *Connell v. CVS Pharmacy, Inc.*, No. CV 13-09410-GHK, which has been scheduled for November 14, 2014 in San Francisco with mediator Mark S. Rudy, Esq.

WHEREAS, the Ninth Circuit has not yet rendered a decision regarding Defendants' petition for permission to appeal the Central District's orders granting remand in *Connell*, *Bystrom*, and *Paksy*.

WHEREAS, the Parties seek to seek to resolve the issue of this case's removal efficiently and without unnecessary expenditure of the Court's resources.

THEREFORE, IT IS HEREBY STIPULATED, by the Parties and their respective counsel of record:

That the Initial Case Management Conference presently set for September 16, 2014 at 10:00 a.m. be continued to a date sixty days after the November 14, 2014, and that all corresponding deadlines provided by the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, and the Court's Order Setting Initial Case Management Conference (Dkt. No. 7) be continued accordingly;

That Plaintiff's motion to remand, and Defendants' corresponding time to oppose

Plaintiff's motion, be stayed for sixty days after the November 14, 2014 mediation in this matter;

That this Stipulation be accepted as the Parties' further status report contemplated by the Parties previous stipulation and the Court's order thereon.

IT IS SO STIPULATED.

Dated: September 8, 2014

TIMOTHY J. LONG
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Michael D. Weil
MICHAEL D. WEIL

Attorney for Defendants
CVS PHARMACY, INC., CVS RX SERVICES, INC., and GARFIELD BEACH CVS, LLC

Dated: September 8, 2014

V. JAMES DESIMONE
MICHAEL D. SEPLOW
SCHONBRUM DESIMONE SEPLOW HARRIS & HOFFMAN LLP

By: /s/ Michael D. Seplow
MICHAEL D. SEPLOW

Attorney for Plaintiff
RIMANPREET UPPAL

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
CASE NO. 3:14-CV-02629-VC

# ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained from Michael D. Weil, of Orrick, Herrington & Sutcliffe LLP, Attorneys for Defendants.

Dated: September 8, 2014

SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP

By: ___/s/ Michael D. Seplow___
   MICHAEL D. SEPLOW

Attorney for Plaintiff
RIMANPREET UPPAL

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES,
AND TO STAY PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' TIME TO RESPOND
CASE NO. 3:14-CV-02629-VC

## [~~PROPOSED~~] ORDER AS MODIFIED

The case management conference is rescheduled to January 13, 2015, at 10:00 a.m. A joint case management conference statement is due no later than January 6, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: ___September 10, 2014_____        _____
                                          Hon. Vince Chhabria