1  V. James DeSimone (SBN 119668)
   vjdesimone@gmail.com
2  Michael D. Seplow (SBN 150183)
   mseplow@gmail.com
3  Aidan C. McGlaze (SBN 277270)
   amcglaze@sdshh.com
4  SCHONBRUN DESIMONE SEPLOW
   HARRIS & HOFFMAN LLP
5  723 Ocean Front Walk
   Venice, CA  90291
6  Telephone:   (310) 396-0731
   Facsimile:    (310) 399-7040
7
   Attorneys for Plaintiff
8  RIMANPREET UPPAL

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  RIMANPREET UPPAL, an Individual,           Case No. 3:14-cv-02629-VC
    Individually and on behalf of all others
13  similarly situated and the general         Hon. Vince Chhabria
    public,,
14                                             **STIPULATION AND
                   Plaintiff,                  [PROPOSED] ORDER TO
15                                             CONTINUE CASE
            v.                                 MANAGEMENT CONFERENCE
16                                             AND RELATED DEADLINES,
    CVS PHARMACY, INC., a Rhode                AND TO STAY PLAINTIFF'S
17  Island corporation; CVS RX                 MOTION TO REMAND AND
    SERVICES, INC., a New York                 DEFENDANTS' TIME TO
18  corporation; GARFIELD BEACH CVS,           RESPOND**
    LLC, a California limited liability
19  company; and DOES 1 thru 50,               AS MODIFIED
    inclusive,
20
                   Defendants.
21

22

23

24

25

26

27

28

## STIPULATION

WHEREAS, counsel for Plaintiff Rimanpreet Uppal also represents the named plaintiffs in four other separate, but related class action cases: *Sharobiem v. CVS Pharmacy, Inc.*, Case No. CV 13-9426-GHK; *Bystrom v. CVS Pharmacy, Inc.*, Case No. CV 13-09424-GHK; *Paksy v. CVS Pharmacy, Inc.*, Case No. CV 13-09425-GHK; and *Connell v. CVS Pharmacy, Inc.*, No. CV 13-09410-GHK.

WHEREAS, pursuant to the previous stipulations of the Parties, the Court stayed Plaintiff's pending Motion to Remand and Defendants' time to respond to said motion in this matter in light of Defendants' having filed petitions with the United States Court of Appeals for the Ninth Circuit requesting permission to appeal the Central District's remand orders in *Paksy* (Case No. 14-80047), *Bystrom* (Case No. 14-80048), and *Connell* (Case No. 14-80049).

WHEREAS, the Ninth Circuit has granted Defendants' petition for permission to appeal the Central District's orders granting remand in *Connell*, *Bystrom*, and *Paksy*, and has advised that the matters shall be calendared for oral argument during the week of March 16, 2015.

WHEREAS, the Parties agree that the Ninth Circuit's decision regarding Defendants' appeals the Central District's orders granting remand in *Connell*, *Bystrom*, and *Paksy* will likely be dispositive with respect to Plaintiff's motion to remand in the present action.

WHEREAS, the Parties seek to seek to resolve the issue of this case's removal efficiently and without unnecessary expenditure of the Court's resources.

THEREFORE, IT IS HEREBY STIPULATED, by the Parties and their respective counsel of record:

That the Initial Case Management Conference presently set for January 13, 2015 at 10:00 a.m. be continued to a date sixty days after the March 16, 2015, and that all corresponding deadlines provided by the Federal Rules of Civil Procedure,

1   the Civil Local Rules of the United States District Court for the Northern District of

2   California, and the Court's Order Setting Initial Case Management Conference

3   (Dkt. No. 7) be continued accordingly;

4          That Plaintiff's motion to remand, and Defendants' corresponding time to

5   oppose Plaintiff's motion, be stayed for sixty days after the March 16, 2015 oral

6   argument before the Ninth Circuit on the *Connell*, *Bystrom*, and *Paksy* matters;

7          That this Stipulation be accepted as the Parties' further status report

8   contemplated by the Parties previous stipulation and the Court's order thereon.

9          IT IS SO STIPULATED.

10

11  Dated:        January 2, 2015              TIMOTHY J. LONG
                                              MICHAEL D. WEIL
12                                            ORRICK, HERRINGTON &
                                              SUTCLIFFE LLP
13

14                                            By:___/S/ Michael D. Weil_____
15                                                    MICHAEL D. WEIL

16                                            Attorney for Defendants
                                              CVS PHARMACY, INC., CVS RX
17                                            SERVICES, INC., and GARFIELD
                                              BEACH CVS, LLC
18

19  Dated:        January 2, 2015              V. JAMES DESIMONE
                                              MICHAEL D. SEPLOW
20                                            SCHONBRUM DESIMONE SEPLOW
                                              HARRIS & HOFFMAN LLP
21

22                                            By:___/S/ Michael D. Seplow_____
                                                      MICHAEL D. SEPLOW
23
                                              Attorney for Plaintiff
24                                            RIMANPREET UPPAL

25

26

27

28                                        - 3 -

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATE: _January 5, 2015_____

Hon. Vince

5

**IT IS SO ORDERED
AS MODIFIED**

Judge Vince Chhabria

6

7

8

9

The case management conference is rescheduled to May 12, 2015. The joint case management

10

statement is due 7 days before the conference.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -