1 | V. James DeSimone (SBN 119668)
vjdesimone@gmail.com
2 | Michael D. Seplow (SBN 150183)
mseplow@gmail.com
3 | Aidan C. McGlaze (SBN 277270)
amcglaze@sdshh.com
4 | SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
5 | 723 Ocean Front Walk
Venice, CA 90291
6 | Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Attorneys for Plaintiff
RIMANPREET UPPAL and Proposed Class

Additional Counsel listed
On following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMANPREET UPPAL, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02629-VC<br><br>Hon. Vince Chhabria<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**<br><br>**AND ORDER AS MODIFIED** |

Thomas W. Falvey (SBN 65744)
thomaswfalvey@gmail.com
Michael H. Boyamian (SBN 256107)
mike.falveylaw@gmail.com
LAW OFFICES OF THOMAS W. FALVEY
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Telephone: (818) 547-5200
Fax: (800) 500-9307

Hirad D. Dadgostar (SBN 241549)
hirad@dadgostarlaw.com
Alireza Alivandivafa (SBN 255730)
aalivandi@gmail.com
DADGOSTAR LAW LLP
12400 Wilshire Boulevard, Fourth Floor
Los Angeles, CA 90025

Attorneys for Plaintiff
ANGIL SHAROBIEM and Proposed Class

Timothy J. Long (SBN 137591)
tjlong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Fax: (213) 612-2499

Michael D. Weil (SBN 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759

Attorneys for Defendants
CVS PHARMACY, INC., CVS RX SERVICES, INC.
and Garfield Beach CVS, LLC

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

The parties hereby submit the following status report pursuant to the May 6, 2015, Clerk's Notice of Rescheduling the Case Management Conference (Dkt. No. 19), issued in response to the parties' Notice of Settlement (Dkt. No. 18).

The parties are finalizing the specific terms of the settlement agreement and class notice. The parties anticipate being able to file the motion for preliminary approval by June 18, 2015. If the motion for preliminary approval is not filed by June 18, 2015, the parties will submit a further status report no later than June 18, 2015. Accordingly, the parties respectfully request that the Case Management Conference presently set for June 16, 2015, and all related deadlines, be taken off calendar.

Dated:      June 9, 2015

TIMOTHY J. LONG
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /S/ Michael D. Weil
          MICHAEL D. WEIL

Attorney for Defendants
CVS PHARMACY, INC., CVS RX SERVICES, INC., and GARFIELD BEACH CVS, LLC

Dated:      June 9, 2015

V. JAMES DESIMONE
MICHAEL D. SEPLOW
SCHONBRUM DESIMONE SEPLOW HARRIS & HOFFMAN LLP

By:   /S/ Michael D. Seplow
          MICHAEL D. SEPLOW

Attorney for Plaintiff
RIMANPREET UPPAL

# [~~PROPOSED~~] ORDER AS MODIFIED

The case management conference is continued to July 21, 2015, at 10:00 a.m. An updated joint case management statement is due no later than 7 days prior to the case management conference.

No further continuances will be granted unless a motion for preliminary approval is filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: June 12, 2015
_____
Hon. Vince Chhabria