United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMANPREET UPPAL,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, INC., et al.,<br><br>  Defendants. | Case No. 14-cv-02629-VC<br><br>**ORDER REGARDING JOINT SUPPLEMENTAL BRIEF**<br><br>Re: Dkt. No. 28 |

In their joint supplemental brief, the parties should also address the following question: If it is appropriate for the class members to recover less than 100% of their overtime claims, why shouldn't any remaining money from uncashed checks be redistributed pro rata to the class members who do cash their checks up to the amount of actual damages, before any unclaimed funds are distributed to a *cy pres* beneficiary?

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
VINCE CHHABRIA
United States District Judge